No. 5134. CAMPBELL v. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. Sup. Ct. Cal. Certiorari denied.

No. 5165. MOSLEY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 5198. LUCAS v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 5261. HIGGINS v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 5270. MARTINEZ v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 5345. WOODS v. KROPP, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 5351. LEWIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 5383. GRESHAM v. SMITH, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 5454. WILLIAMS v. PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 5458. CHIPLEY v. ROBERTS ET AL. Sup. Ct. S. C. Certiorari denied.

No. 5467. ANDERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 5513. BRIDGES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5547. HOLMES v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.